AUSA

FILED
MAR 05 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
Francisco SALAZAR-Fernandez
Defendant.

Magistrate Case No.: '08 MJ 8201

COMPLAINT FOR VIOLATION OF

21 U.S.C. § 952 and 960
Importation of a Controlled Substance
(Felony)

The undersigned complainant being duly sworn states:

On or about March 4, 2008, within the Southern District of California, defendant Francisco SALAZAR-Fernandez did knowingly and intentionally import approximately 19.18 kilograms (42.20 pounds) of cocaine, a schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Chad N. Worgen
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 5th DAY OF MARCH, 2008.

Peter C. Lewis
U.S. Magistrate Judge

UNITED STATES OF AMERICA
v.
Francisco SALAZAR-Fernandez

STATEMENT OF FACTS

This statement of facts is based on the reports, documents, and notes furnished to Immigration and Customs Enforcement Special Agent Chad N. Worgen

On March 4, 2008, at approximately 1148 hours, Customs and Border Protection Officer (CBPO) L. Parker was conducing primary inspectional duties at the Calexico, California West Port of Entry when Francisco SALAZAR-Fernandez applied for entry on his lane driving a 2002 Dodge Dakota pickup truck with Mexican license plate number BM97709. SALAZAR was the sole occupant and registered owner of the pickup truck. CBPO Parker received a negative oral Customs declaration from SALAZAR. During cursory inspection, CBPO Parker observed SALAZAR'S body was shaking. CBPO Parker referred both SALAZAR and the pickup truck to the vehicle secondary lot for an intensive inspection.

CBPO R. Mendibles was conducting secondary inspectional duties and observed the Dodge Dakota pickup truck in the secondary lot waiting inspection. CBPO Mendibles approached the driver, and he identified himself as Francisco SALAZAR-Fernandez. CBPO Mendibles received a negative oral Customs declaration from SALAZAR. CBPO Mendibles requested Canine Enforcement Officer (CEO) D. Alba to screen the pickup truck with his Narcotics Human Detector Dog (NHDD).

CEO Alba informed CBPO Mendibles that the NHDD had alerted to the dash area of the pickup truck. CBPO Mendibles conducted an intensive inspection of the dash area. Upon further inspection, CBPO Mendibles discovered a specially built non-

factory compartment in the dash area of the pickup truck. CBPO Mendibles opened the compartment and discovered numerous packages within.

CBPO Mendibles removed one of the packages from the compartment. CBPO Mendibles probed the package, and it produced a white powdery substance that field tested positive for cocaine. A total of 17 packages of cocaine were removed from the compartment. The total weight of the packages was 19.18 kilograms (42.20 pounds).