FILED
APR - 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FRANCISCO SALAZAR-FERNANDEZ, Defendant. | Criminal Case No. 08CR0981-JLS<br>I N F O R M A T I O N<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of cocaine(Felony) |

The United States Attorney charges:

On or about March 4, 2008, within the Southern District of California, defendant FRANCISCO SALAZAR-FERNANDEZ, did knowingly and intentionally import [5 kilograms or more, to wit:] approximately 19.18 kilograms (42.20 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 1, 2008 .

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:rp:Imperial
4/1/08